BEE MACHINE COMPANY, Appellant, v. Benjamin W. FREEMAN and The Louis G. Freeman Company, Appellees.

No. 8566.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1941.

Dike, Calver & Gray, of Boston, Mass., and Kunkel & Kunkel, of Cincinnati, Ohio, for appellant.

Allen & Allen, of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and argument of counsel, and on consideration whereof, it is ordered, adjudged and decreed that the decree appealed from be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the District Court, including its findings of fact and conclusions of law filed August 14, 1939.

Ralph C. BELT, Appellant, v. G. W. HUMPHREY, Warden, etc.

No. 11924.

Circuit Court of Appeals, Eighth Circuit.

May 2, 1941.

Ralph C. Belt, pro se.

Victor E. Anderson, U. S. Atty., and James J. Giblin, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this court, on motion of appellee.

BROTHERHOOD OF PAINTERS, DECORATORS AND PAPERHANGERS OF AMERICA, Appellant, v. Claude S. JOHNSON.

No. 12010.

Circuit Court of Appeals, Eighth Circuit.

May 14, 1941.

Hay & Flanagan and Carroll J. Donohoe, all of St. Louis, Mo., for appellant.

Cullen, Storckman & Coil and Taylor R. Young, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant but without taxation of attorneys' docket fee in favor of appellee, on stipulation of parties.

Albert T. CHERRY, Petitioner, v. FEDERAL TRADE COMMISSION, Respondent.

No. 8855.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1941.

Robert C. Porter, of Cincinnati, Ohio, for petitioner.

W. T. Kelley, Gen. Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

It appearing to the court upon the representation of Albert T. Cherry, petitioner herein, by Robert C. Porter, his attorney, that following the filing of the within named action the respondent reopened the proceeding before the Federal Trade Commission and the petitioner desiring as a consequence to dismiss the within cause of action said cause of action is hereby dismissed without prejudice at petitioner's costs.